[File No. 6785.]

PETER McARTHUR, Respondent, v. CASS COUNTY, NORTH
DAKOTA, a Public Corporation, Appellant.

(4 NW(2d) 224.)

Opinion filed May 26, 1942.

*Ralph F. Croal,* State's Attorney, and *Roy K. Redetzke,* Assistant
State's Attorney, for appellant.
*Nilles, Oehlert & Nilles,* for respondent.

PER CURIAM. This case involves precisely the same questions as
those which were presented and determined in Re Peschel, ante, 14,
4 NW 2d 194, and on the authority of the decision in that case the
judgment appealed from in this case is affirmed.

CHRISTIANSON, MORRIS, BURKE, and NUESSLE, JJ., concur.

BURR, Ch. J. (dissenting). I dissent on grounds stated in Peschel
Case.